UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RONAKKUMAR PATEL,<br><br>Defendant | No. 26-CR-10099-MJJ-5 |

**DISMISSAL OF INDICTMENT AS TO RONAKKUMAR PATEL**

Pursuant to Fed. R. Crim. P. 48(a), the United States Attorney for the District of Massachusetts hereby dismisses so much of the indictment filed on April 7, 2026 (Dkt. No. 32), as charges Ronakkumar Patel with conspiracy to commit visa fraud, in violation of 18 U.S.C. § 371. In support of this dismissal, the government states that Ronakkumar Patel has been removed from the United States, and this dismissal is in the interests of justice.

The government is not dismissing the indictment as to the remaining defendants charged in the same indictment.

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

Date: June 23, 2026

By: */s/ Elianna J. Nuzum*
Elianna J. Nuzum
Assistant U.S. Attorney

Leave to File Granted: July 22, 2026

/s/ Myong J. Joun
Hon. Myong J. Joun
United States District Judge

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

*/s/ Elianna J. Nuzum*
Elianna J. Nuzum
Assistant United States Attorney

Date: June 23, 2026